UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.10-13377
HON. PATRICK J. DUGGAN

AKIB ABIOLA,

    Plaintiff(s),

-v-

CRAIG BEASLEY, ET.AL,

    Defendant(s).
_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on December 22, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The Plaintiff having filed a Notice of Dismissal Without Prejudice as to defendants Cynthia Joiner and Smart Planet Services, Inc.; therefore

IT IS ORDERED that the Court's Order to Show Cause as to why this case should not be dismissed for failure to serve defendants be and the same is hereby **SET ASIDE.**

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: December 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 22, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager